UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMAL JAMES ELLIS,

        Plaintiff,

v.

MIKE OBENLAND, et al.,

        Defendants.

CASE NO. C14-6010BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 7. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) The Court dismisses this action for failure to state a claim with the dismissal counting as a strike pursuant to 28 U.S.C. 1915(g). In forma pauperis status is revoked for the purpose of appeal

Dated this 6th day February, 2015.

BENJAMIN H. SETTLE
United States District Judge

ORDER